IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH A. DOOLEY,

    Plaintiff,                                    16cv0402
                                              ELECTRONICALLY FILED

    v.

US Steel Workers of America PIUMPF,

    Defendant.

## Order of Court

And now, this 9th day of December, 2016, for the reasons set forth in the Accompanying Memorandum Opinion, it is hereby Ordered that the Motion to Dismiss (Doc. No. 30) filed by Defendant PACE Industry Union-Management Pension Fund ("the Fund") is GRANTED. The Complaint is dismissed with prejudice and the Clerk is directed to mark this case CLOSED.

                                                        **SO ORDERED** this 9th day of December, 2016.

                                                        s/Arthur J. Schwab
                                                        Arthur J. Schwab
                                                        United States District Judge

cc:    All ecf-registered counsel of record

        Deborah A. Dooley
        314 Spring St. Ext.
        Fairmont, WV 26554